

FILED

05/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA



Case Number: DA 20-0226



FILED

MAY 18 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0226

DAVID RAFES and BAIRSTOW, LTD.,

     Plaintiff and Appellant,

  v.

                                          **GRANT OF EXTENSION**

JOSH McMILLAN and RICK L. DAWSON,

     Defendants and Appellees.

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until July 8, 2020, to prepare, file, and serve the Appellant's brief.

DATED this May 18, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    David Rafes, Rick L. Dawson, James B. Lippert

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705